[No. 10068-8-I.   Division One.   March 31, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. HERALD
WILLIAMS, *Appellant.*

Appeal from a judgment of the Superior Court for
Whatcom County, No. 81-1-00026-9, Jack S. Kurtz, J.,
entered March 4, 1981. *Reversed* and *remanded* by unpublished opinion per Ringold, J., concurred in by Andersen,
C.J., and Corbett, J.

[No. 9488-2-I.   Division One.   March 31, 1982.]

HEDVIK I. LUKES, *Appellant,* v. THE DEPARTMENT
OF EMPLOYMENT SECURITY, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 80-2-01329-7, Peter K. Steere, J., entered
October 8, 1980. *Affirmed* by unpublished opinion per
Durham, A.C.J., concurred in by James and Williams, JJ.

[No. 4735-1-III.   Division Three.   April 1, 1982.]

*In the Matter of* DAWN M. GEPHART, ET AL.

Appeal from a judgment of the Superior Court for
Yakima County, No. 81-7-00120-1, Cameron K. Hopkins,
J. Pro Tem., entered August 18, 1981. *Affirmed* by unpublished per curiam opinion.